108 A.3d 1278

Dallas Ray VARVA, Petitioner

v.

CLERK OF CRIMINAL COURTS OF MONROE COUNTY, Respondent.

No. 190 MM 2014.

Supreme Court of Pennsylvania.

Jan. 27, 2015.

## ORDER

PER CURIAM.

AND NOW, this 27th day of January, 2015, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and the Application for Appointment of Counsel are **DENIED.**